ISIDORE MITCHELL, Appellant, v. CENTRAL MANHATTAN CONSTRUCTION CORPORATION and Another, Defendants, Impleaded with KINGSTON SAVINGS BANK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ARTHUR A. SNYDER, as Executor, etc., of SAMUEL SCHNEIDER, Respondent, v. CLARA K. SCHNEIDER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [154 Misc. 26.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS GREENBAUM, Appellant.— Judgment reversed, the information dismissed and the fine remitted, on the authority of Darweger v. Staats (267 N. Y. 290). Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CLARA TRINKLE, Respondent, v. KATIE FLESS and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SUN INDEMNITY COMPANY OF NEW YORK, Respondent, v. HAROLD NEWTON, Defendant, Impleaded with AMERICAN BONDING COMPANY, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended reply within ten days from service of order upon payment of the costs awarded to the defendant, appellant, by the order of Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM B. SCHOFIELD, Respondent, Appellant, v. SANITARY POSTAGE SERVICE CORPORATION, Appellant, Respondent, and Another, Defendant.— Judgment affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VICTOR H. FRANKLIN, Appellant, v. NEW YORK EVENING JOURNAL, INC., Respondent.— Order modified by striking out first and second complete defenses, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

VICTOR H. FRANKLIN, Appellant, v. DAILY MIRROR, INC., Respondent.— Order modified by striking out the first and second complete defenses, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROBERT L. REDFIELD and Others, Respondents, v. FRANCES MASURY REDFIELD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

COMPANIA DE INVERSIONES INTERNACIONALES, Appellant, v. INDUSTRIAL MORTGAGE BANK OF FINLAND (SUOMEN TEOLLISUUS HYPOTEEKKIPANKKI O. Y., INDUSTRI HYPOTEKSBANKEN I FINLAND A. B.), Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARY H. GUNNING, Appellant, v. THE CITY CLUB OF NEW YORK, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.